UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 MAY -9 PM 2:43

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-78 |
| Plaintiff, | JUDGE Judge Watson |
| vs. | INDICTMENT |
| CHRISTOPHER W.L. EMMERS, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B)(vi) |
| | 21 U.S.C. § 841(b)(1)(B)(viii) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Possession with Intent to Distribute 50 Grams or More of Methamphetamine)**

1. On or about June 9, 2023, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. L. EMMERS,** did knowingly, intentionally and unlawfully possess with intent to distribute 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).**

### COUNT TWO
**(Felon in Possession of a Firearm)**

2. On or about June 9, 2023, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. L. EMMERS,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate

commerce, a firearm, specifically, a Ruger, model EC9S, 9mm pistol bearing s/n: 459-08716, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT THREE
### (Possession with Intent to Distribute 40 Grams or More of Fentanyl)

3. On or about June 9, 2023, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. L. EMMERS,** did knowingly, intentionally and unlawfully possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).**

## COUNT FOUR
### (Felon in Possession of a Firearm)

4. On or about June 9, 2023, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. L. EMMERS,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Glock, model 19GEN5, 9mm pistol bearing s/n: AFXT976 (s/n: BHNV074 located on the slide), and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT FIVE
### (Possession with Intent to Distribute Methamphetamine)

5. On or about August 24, 2023, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. L. EMMERS,** did knowingly, intentionally and unlawfully possess with

intent to distribute a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT SIX
**(Felon in Possession of a Firearm)**

6. On or about August 24, 2023, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. L. EMMERS,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Kel Tec, model P32, .32 caliber pistol bearing s/n: 67319, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

7. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America.

8. Upon conviction of any of the offenses alleged in this Indictment, the defendant, **CHRISTOPHER W. L. EMMERS**, shall forfeit to the United States all of his right, title, and interest in:

    a. all firearms and ammunition involved in or used in any of the offenses alleged in this Indictment, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and/or

    b. any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of any of the violations of 21 U.S.C. § 841 as

alleged in this Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s), in accordance with 21 U.S.C. § 853(a)(1) and (2);

including, but not limited to, the following:

1. The following firearms seized on or about June 9, 2023:
   - A Ruger, model EC9S, 9mm pistol, bearing s/n: 459-08716;
   - A Glock, model 19GEN5, 9mm pistol, bearing s/n: AFXT976 (s/n: BHNV074 located on the slide); and
   - All associated ammunition.

2. A Kel Tec, model P32, .32 caliber pistol, bearing s/n: 67319, and all associated ammunition, seized on or about August 24, 2023.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a)(1)-(2), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

S/ Foreperson

**FOREPERSON**

KENNETH L. PARKER
United States Attorney

KEVIN  . KELLEY (0042406)
S. COURTER SHIMEALL (0090514)
Assistant U.S. Attorneys

4